# EXHIBIT 1















# EXHIBIT 2

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG  VAu 558 – 125

EFFECTIVE DATE OF REGISTRATION

Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

ORIGINAL FRANK

NATURE OF THIS WORK ▼ See instructions

Artistic Graphic Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼

a  EDWARD VAN HALEN

DATES OF BIRTH AND DEATH
Year Born ▼ 1955   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of U.S.A.
     { Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     { Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was Completed
1978
This information must be given ONLY if this work has been published.

b  Date and Nation of First Publication of This Particular Work
Complete this information Month _____ Day _____ Year _____
Nation _____

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EDWARD VAN HALEN
c/o Page & Associates
3500 W. Olive Ave., Suite 300
Burbank, CA 91505

APPLICATION RECEIVED
AUG 07 2002
ONE DEPOSIT RECEIVED
AUG 07 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                     Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Michelle A. Cooke, Esq.
Neff Law Group LLP
21515 Hawthorne Blvd., Suite 650
Torrance, CA 90503

b

Area code and daytime telephone number   310-540-6760          Fax number   (310) 540-0305
Email  michelle@nefflaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of  EDWARD VAN HALEN
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michelle A. Cooke                                             Date  8/6/02

Handwritten signature (X) ▼
X  Michelle Cooke

Certificate will be mailed in window envelope to this address:

Name ▼
Michelle A. Cooke, Esq.
Number/Street/Apt ▼
Neff Law Group LLP/ 21515 Hawthorne Blvd. #650
City/State/ZIP ▼
Torrance, CA 90503

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG: **VAu 544-060**

EFFECTIVE DATE OF REGISTRATION

JUNE 19 2002
Month / Day / Year



**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1 TITLE OF THIS WORK ▼**
FRANKY

**NATURE OF THIS WORK ▼** See instructions
Artistic Graphic Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2 NAME OF AUTHOR ▼**
a  EDWARD VAN HALEN

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1955   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
    { Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3 a Year in Which Creation of This Work Was Completed**
1979 ◀ Year   This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

---

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
EDWARD VAN HALEN
c/o Page & Associates
3500 W. Olive Ave., Suite 300
Burbank, CA 91505

APPLICATION RECEIVED
JUN 19 2002
ONE DEPOSIT RECEIVED
JUN 19 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

```
                                            EXAMINED BY                      FORM VA
*Coloring not copyrightable. 37 CFR 202.1.  CHECKED BY
                                            ☐ CORRESPONDENCE                 FOR
                                              Yes                            COPYRIGHT
                                                                             OFFICE
                                                                             USE
                                                                             ONLY
```

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Artistic graphic designs entitled Original Frank and Frankenstein

**6** a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New adaptation of design and new color scheme *

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Michelle A. Cooke, Esq.
Neff Law Group LLP
21515 Hawthorne Blvd., Suite 650
Torrance, CA 90503

b

Area code and daytime telephone number ▶ 310 540-6760          Fax number ▶ (310) 540-0305
Email ▶ michelle@nefflaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☒ authorized agent of __EDWARD VAN HALEN__
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michelle A. Cooke                                      Date ▶ 6/18/02

Handwritten signature (X) ▼
X _[signature]_

**Certificate will be mailed in window envelope to this address:**

Name ▼
Michelle A. Cooke, Esq.
Number/Street/Apt ▼
Neff Law Group LLP/ 21515 Hawthorne Blvd #650
City/State/ZIP ▼
Torrance, CA 90503

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000          ⟲ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 505-308

EFFECTIVE DATE OF REGISTRATION

FEB 20 2001

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

118 75714

**1**

**TITLE OF THIS WORK ▼**

FRANKENSTEIN

**NATURE OF THIS WORK ▼** See instructions

Artistic Graphic Design Applied to Guitar Body

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**NAME OF AUTHOR ▼**

a   EDWARD VAN HALEN

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼
1955

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed**
1979-1997 ◀ Year   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

EDWARD VAN HALEN
c/o Page & Associates
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505

APPLICATION RECEIVED
SEP 19 2001
ONE DEPOSIT RECEIVED
SEP 19 2001  FEB 20 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY Muli/Jmc     FORM VA

CHECKED BY

☒ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                     **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

MICHELLE A. COOKE, ESQ.
NEFF LAW GROUP LLP
21515 HAWTHORNE BLVD., SUITE 650
TORRANCE, CA 90503

Area code and daytime telephone number ▶ (310-540-6760         Fax number ▶ (310) 540-0305

Email ▶ michelle@nefflaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  EDWARD VAN HALEN
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

MICHELLE A. COOKE                         Date ▶ 9/4/01

Handwritten signature (X) ▼

X [signature]

Certificate will be mailed in window envelope to this address:

Name ▼
MICHELLE A. COOKE, ESQ.
Number/Street/Apt ▼
NEFF LAW GROUP LLP/21515 Hawthorne Blvd., #650
City/State/ZIP ▼
TORRANCE, CA 90503

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 2000—100,000                    ⓔ PRINTED ON RECYCLED PAPER                U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/20

# EXHIBIT 3



# Evh Kramer 5150 – 5150 Van Halen

Home   Kramer 5150 Basswood

## About van halen

About van halen, it's no need to say anything, his contribution to the rock world is so great.
The comparison between Kramer evh and Chavel evh
Feature Kramer 1984 Charvel EVH
Origin Assembled in USA Made in USA
Machine Heads Schaller M6 Schaller M6
Body Material Solid Alder Solid Basswood[......]
Read more

Tags: **About van halen**

## Evh Kramer Guitars



Towards the end, it really started getting bad. Kramer was suffering because they had taken on so many endorsees and couldn't pay them, so people started leaving and the demise started. EVH left around 1990, as you know, to pursue the Ernie Ball. Eddie has said in interviews that it was because[......]

Search... 

### Recent Posts

About van halen

Evh Kramer Guitars

Evh Kramer Guitar For Sale

Evh Kramer 5150 Sale

Evh Kramer Sale

### Archives

July 2013

August 2012

### Tags

5150 EVH 5150 Guitar 5150 Guitar For Sale 5150

Read more
Tags: Evh **Kramer Guitars**

### Evh Kramer Guitar For Sale

Evh Kramer Guitar is a commemorative guitar and they are loved by many Van Halen fans.
But it is pity that we could hardly get a original one.But not long ago,I found a Evh Kramer Guitar For Sale and it is made perfectly, and hand-printing is extremely stereoscopic and the it is almost same with[......]
Read more
Tags: Evh **Kramer Guitar**

### Evh Kramer 5150 Sale

Hello! i was wondering if you had any more Evh Kramer 5150 Sale and "Evh Kramer 5150 " guitar they bolth look very nice but i cant really decide on one!!! also can you order them without the art on them? i think if i was to order the Evh Kramer 5150 i would take the hippos off and words also! the bo[......]
Read more
Tags: Evh **Kramer 5150**

### Evh Kramer Sale



Item specifics
Type:Electric Guitar
Brand Name:EVH
Bow Material:Brazil Wood
Back / Side Material:Maple
Model Number:5150
Body Material:alder
Fingerboard Material:MAPLE
color:vintage

Tags: **Kramer** Evh

### Kramer Evh 5150 Replica

Edward Van Halen's 5150 Guitar is among the most widely known instrument in Rock and roll history. Eddie individually set up this guitar in Kramer's factory, and painted it with Krylon "rattle-can". The electric guitar features a primitive Floyd Rose Tremolo, a dual-coil pickups, a sole volume. It t[......]
Read more
Tags: **Kramer Evh 5150 Replica**

### Kramer Evh Price

Edward Lodewijk "Eddie" Van Halen (born January 26, 1955) is a Dutch virtuoso guitarist, keyboardist, songwriter and producer. He is best known as the lead guitarist and co-founder of the eponymous hard rock band Van Halen. He is often considered as one of the world's greatest guitarist, with Allmus[......]
Read more
Tags: **Kramer** Evh

### Kramer Evh Guitars For Sale

I happened to find a website as I was searching the web for a Kramer Evh Guitars. I read the website and I immediately became interested in your work. Your work, to me, (at least at the first glance at your website) represents a guitar paradise. I want to save money and purchase guitars from you. Fo[......]
Read more
Tags: **Kramer Evh Guitars**

### Vendo Kramer Evh



Vendo la mia 5150 di liuteria kramer beretta Van Halen versione bianco nera con binding nero sul manico bianco, suono e versatilità pazzeschi e materiali di prima qualità: Manico e body in mogano con tastiera in palissandro, pickup Paf proveniente da una stratocaster anni 90, l' humbucker è spli[......]
Read more
Tags: **Kramer** Evh

### Vintage Kramer Evh

Edward Van Halen's 5150 Guitar is one of the most recognizable guitars in rock history. Ed assembled this guitar himself at the Kramer factory, and even painted ...
Note from Steve Z (former Kramer employee) about Yellow Double-neck:
BTW, that yellow and black double neck was the one that my f[......]
Read more
Tags: **Kramer** Evh

« Previous Posts

---

Guitars 5150 Kramer 5150 Van Halen About van halen an Halen 5150 Guitar Eddie Van Halen 5150 Eddie Van Halen 5150 Guitar Evh 5150 Evh 5150 Copy **Evh 5150 Guitar** evh 5150 guitar amp Evh 5150 Guitar Copy Evh 5150 III EVh 5150 Replica Evh Kramer 5150 Evh Kramer Guitar Evh Kramer Guitars **Kramer 5150** er 5150 Guitar Kramer VIEW DETAILS Replica Kramer Evh er **Evh 5150** Kramer Evh 5150 Replica Kramer Evh Art Series Kramer Evh Guitars **Van Halen 5150 Guitar** Van Halen Kramer 5150

### Categories

evh 5150 guitar
Kramer 5150
Kramer Evh 5150
Kramer Evh Guitars
Van Halen 5150 Guitar

Copyright © **Evh Kramer 5150 – 5150 Van Halen**

VIEW DETAILS