```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100022892
Cashier ID: oschroed
Transaction Date: 12/12/2014
Payer Name: ADAM D MANDELL
----------------------------------
MISCELLANEOUS PAPERS
 For: ADAM D MANDELL
 Amount:         $46.00
----------------------------------
PAPER CHECK
 Check/Money Order Num: 164
 Amt Tendered:  $46.00
----------------------------------
Total Due:       $46.00
Total Tendered:  $46.00
Change Amt:      $0.00

1:14-MC-1099-UA; EDWARD VAN HALEN
ET AL V. SINGLEHOP, LLC
```