<u>DECLARATION PURSUANT TO 17 U.S.C. § 512(h)</u>

# A14MC1099UA

I, Adam D. Mandell, the undersigned, declare that:



1.      I am an attorney representing Edward Van Halen and E.L.V.H., Inc. and I am authorized to act on their behalf for matters involving the infringement of their copyrighted works. This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

2.      The purpose of the accompanying subpoena is to obtain the identity of the alleged copyright infringer in control of the Internet domain listed in the subpoena. The information obtained will be used only for the purpose of protecting the rights granted to my clients under Title 17 of the United States Code.

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed in Austin, Texas, on Friday, December 12, 2014.



Adam D. Mandell, Esq.
Texas Bar No. 24082387
Millen, White, Zelano & Branigan, P.C.
2200 Clarendon Blvd., Ste 1400
Arlington, Virginia
Office: 703-465-5358
Fax: 703-243-6410
Email: <u>Mandell@mwzb.com</u>